UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Law Office of George T. Peters, PLLC.

                    Debtor.

Chapter 11
Case No.: 24-11373 (PB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that Gregory J. Cannata, Esq., appears herein on behalf of SAMIR MRKULIC, a judgment creditor against the above referenced debtor, and respectfully requests to receive all ECF notifications herein.

Dated: New York, NY
       October 9, 2024

                                 Respectfully submitted,

                                 Gregory J. Cannata, Esq.
                                 CANNATA, HENDELE & CANNATA, LLP
                                 60 East 42 Street, Suite 932
                                 New York NY 10165
                                 Tel: (212) 553-9205
                                 Fax: (212) 227-4141
                                 cannata@cannatalaw.com