# CHC | CANNATA, HENDELE & CANNATA, LLP

GREGORY J. CANNATA
ALISON CANNATA HENDELE
ROBERT CANNATA

JENNIFER MATHEW
MADELINE MUNIZ

OF COUNSEL:
ROBERT A. GROCHOW, P.C.

PARALEGALS:
SYLWIA KIELBOWICZ
JOSIANE MAZILE
MATTHEW GIORDANO
RICHELLE CLEARY, LLB
ELAINE GAVALO
TAMEIKA GUITY
PATRICK POLUSZANCZYK
EZEQUIEL ALLENDE
CHARLIE MORENO

December 19, 2024

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
Attn: Trustee Rachael Siegel

      Re: Law office of George T. Peters, PLLC
         Case No: 24-11373 (PB)

Dear Trustee Siegel,

  My client, Samir Mrkulic is a Judgment Creditor of the Law Office of Goerge T. Peters PLLC and George T. Peters individually. Beginning in 2022, I served six Restraining Notices on law firms defending personal injury lawsuits brought by Mr. Peters on behalf of his injured clients. These Restraining Notices restrained payments of the legal fee portion of settlements and judgments.

  Early this year, one such case was settled for $50,000. The Judge overseeing the lawsuit issued an Order, enclosed, directing the payment of the legal fee portion of the settlement to my Escrow Account. That Order is dated May 28, 2024, prior to the Bankruptcy filing by the Law Office of George T. Peters PLLC. Pursuant to the Court's Order, the sum of $16,666.66 was deposited into my Escrow Account on October 21, 2024, where it remains.

  I have no information as to the status of the other lawsuits that were restrained.

                Sincerely,

                Gregory Cannata

Cc: ECF Filing

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. RICHARD G. LATIN | PART | 46M |
|---|---|---|---|
| | Justice | | |

-------------------------------------------------------------------X

SARAH PEDERSON, MARION NELSON,

                          Plaintiff,

- v -

SAVORY DELI & GROCERY, INC.,

                          Defendant.

-------------------------------------------------------------------X

| INDEX NO. | 159007/2021 |
|---|---|
| MOTION DATE | 04/30/2024 |
| MOTION SEQ. NO. | 002 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 002) 26, 27, 28, 29, 30, 31, 32, 33

were read on this motion to/for            **COMPROMISE**   .

Upon the foregoing documents, it is ordered that the motion is granted pursuant to the annexed order.

| 6/10/2024 | | |
|---|---|---|
| DATE | | RICHARD G. LATIN, J.S.C. |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
| --- | --- | --- | --- |
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

159007/2021  PEDERSON, SARAH ET AL vs. SAVORY DELI & GROCERY, INC.
Motion No. 002

Page 1 of 1

1 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

SARAH PEDERSON as M/N/G of L.S., an infant and
MARION NELSON,

                                      Plaintiff,

-against-

SAVORY DELI & GROCERY, INC.,

                                      Defendants

Index#: 159007/2021

**<u>ORDER</u>**

---

Upon the application of Kowalski & Devito for clarification of its obligations upon Defendant Savory Deli & Grocery, Inc's settlement of the claim of MARION NELSON for $50,000.00; and Defendant having been served with a Restraining Notice by Gegory J. Cannata of Cannata, Hendele & Cannata, LLP., pursuant to C.P.L.R. 5222 to restrain the payment of any legal fees to George T. Peters and Law Office of George T. Peters, PLLC.; and the parties having conferred on May 8, 2024 and agreed that the share of the settlement due to MARION NELSON, to wit: $33,333.34, will be sent to attorney George T. Peters for payment to MARION NELSON; and that the legal fee owed to attorney George T. Peters, to wit: $16,666.66 will be paid to Cannata, Hendele & Cannata, LLP., to be held in the firm's Escrow Account pending further Order;

It is ORDERED, ADJUDICATED and DECREED, that, Defendant Savory Deli & Grocery, Inc., pay the sum of $33,333,34 to plaintiff MARION NELSON by sending that sum to her attorney George T. Peters on or before June 21, 2024; that, Plaintiff's attorney George T. Peters pay said sum to MARION NELSON within ten days thereafter; that,

Defendant Savory Deli & Grocery, Inc., pay the legal fee owed to George T. Peters, to wit, $16,666.66 to the firm of Cannata, Hendele & Cannata, LLP., to be held in that firm's Escrow Account, pending further Court Order, said payment to take place on or before June 21, 2024; and that George T. Peters and Cannata, Hendele & Cannata, LLP., will provide defendant releases and hold harmless agreements within ten days of this Order.

May 28, 2024

_____
Hon. Richard Latin