WILLIAM K. HARRINGTON  
United States Trustee for Region 2  
U.S. Department of Justice  
Office of the United States Trustee  
One Bowling Green, Room 534  
New York, New York 10004  
Tel. (212) 510-0500  
By:   Rachael E. Siegel, Esq.  
        Trial Attorney  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------x  
                                                                  :  
In re                                                           :  
                                                                  :   Chapter 11  
    Law Office of George T. Peters, PLLC   :   Case No. 24-11373 (PB)  
                                                                  :  
                                                                  :  
                              Debtors.           :  
-------------------------------------------------------x  

## CERTIFICATE OF SERVICE

    I, Ilusion Rodriguez, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of *Notice of Motion and Memorandum Of Law Of The United States Trustee In Support of Motion for an Order Dismissing This Case [Docket No. 40]* by hand delivery or first class mail and deposited in an authorized depository on January 28, 2025 to parties listed in Exhibit A.

                        By:   */s/ Ilusion Rodriguez*  
                             Ilusion Rodriguez

**Exhibit A**
**Service List**
**Law Office of George T. Peters,**
**PLLC24-11373(PB)**

**Hand Delivery**

Judge Philip Bentley
United States Bankruptcy Court
1 Bowling Green
New York, NY 10004

**First Class Mail via**
**United States Postal Service:**

| | | |
|---|---|---|
| George Theodore Peters<br>Law Office of George T. Peters<br>20 East 125th Street, 2nd Floor<br>New York, NY 10035 | Chase Bank<br>270 Park Avenue<br>New York, New York 10017 | Samir Mrkulic<br>c/o Gregory Cannata, Esq.<br>Cannata, Hendele & Cannata, LLP<br>60 East 42nd Street, Suite 932<br>New York, New York 10165 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | N.Y. State Unemployment<br>Insurance Fund<br>P.O. Box 551<br>Albany, NY 12201-0551 | New York City Dept. Of Finance,<br>Office of Legal Affairs<br>375 Pearl Street, 30th Floor<br>New York, NY 10038-1442 |
| New York State Tax Commission,<br>Bankruptcy/Special Procedures<br>Section,<br>P.O. Box 5300<br>Albany, NY 12205-0300 | United States Attorney's Office,<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007-1825 | JPMorgan Chase Bank, N.A.,<br>s/b/m/t Chase Bank USA, N.A.,<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC,<br>6409 Congress Avenue, Suite 100, |