**Fill in this information to identify the case:**

Debtor _Law Office of George ~ Peter PLLC_

United States Bankruptcy Court for the: _Southern_ District of _NY_
(State)

Case number _24 – 11373  PB_
(If known)

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____  $_____
_____ | *Check all that apply.*
_____ | ☐ Contingent
_____ | ☐ Unliquidated
| ☐ Disputed
Date or dates debt was incurred | Basis for the claim:
_____ | _____
Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?
| ☐ No
| ☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) |

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____  $_____
_____ | *Check all that apply.*
_____ | ☐ Contingent
_____ | ☐ Unliquidated
| ☐ Disputed
Date or dates debt was incurred | Basis for the claim:
_____ | _____
Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?
| ☐ No
| ☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) |

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____  $_____
_____ | *Check all that apply.*
_____ | ☐ Contingent
_____ | ☐ Unliquidated
| ☐ Disputed
Date or dates debt was incurred | Basis for the claim:
_____ | _____
Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?
| ☐ No
| ☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) |

**Part 1.** | **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

---

**2._ Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Total claim $_____   Priority amount $_____

---

**2._ Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Total claim $_____   Priority amount $_____

---

**2._ Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Total claim $_____   Priority amount $_____

---

**2._ Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Total claim $_____   Priority amount $_____

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Miranda Catalois % Andrew Stengel

11 Broadway, #715, NY, NY 10004

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1,000,000+

Date or dates debt was incurred      2023

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Samir Mkulic % Gregory Canata

60 E 42nd St #952, NY, NY 10165

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$ 500,000

Date or dates debt was incurred      2019

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Bryan Riley % Evan Strupinsky

8212 3rd Avenue, #5, Brookly, NY 11209

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$ 1,000,000+

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Part 2:**   **Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___**   **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---


| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 41. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | — — — — |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
| --- | --- |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| | | |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,500,000+ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,500,000+ |