CANNATA, HENDELE & CANNATA, LLP
60 East 42nd Street, Suite 932
New York, New York 10165
212-553-9205
Gregory Cannata (GC1835)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

In re:                                                                    Case No.: 24-11373-PB

LAW OFFICE OF GEORGE T. PETERS, P.L.L.C.       (Chapter 11)

                            Debtor.

———————————————————————x

DECLARATION OF GREGORY CANNATA IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER DISMISSING THIS CASE

Pursuant to 28 U.S.C. § 1746, Gregory J. Cannata declares the following:

1. I am the attorney representing Creditor Samir Mrkulic and I submit this Declaration in support of the Trustee's Motion for an Order dismissing this case.

2. Mr. Peters' conduct in this case, by failing to comply with legal procedure and discovery devices, is typical of the way he conducts his affairs.

3. I have been engaged in litigation on Creditor Mrkulic's behalf since March 2020. During this entire period, Mr. Peters has obstructed all discovery efforts to reveal his assets or sources of income. I have been forced to apply to the Supreme Court, Kings County, several times for orders directing Mr. Peters to comply with discovery. Currently, a motion to hold Mr. Peters in Contempt is pending in the Supreme Court but is stayed by this Bankruptcy case.

4. Further, as the Court is aware, a motion for a Rule 2004 Examination was approved by the Court. This application was made because Mr. Peters refused to fully disclose his assets or the nature of the Firm's expenditures.

5. On the Form 206 A/B, filed as Document 48 on January 29, 2025, the Debtor indicated that other potential assets include "Retainer Agreements provide for contingency fees" (Response 74, 75). However, the nature of the claims and the amounts were left blank. This precise information was requested at the Creditor's Hearing on November 20, 2024 and still has not been provided.

6. This again evidences the Debtor's continuing lack of cooperation.

**Wherefore**, Creditor Mrkulic joins in the Trustee's motion to dismiss this proceeding.

Dated: New York, New York
January 29, 2025

Respectfully Submitted

/s/ Gregory Cannata
Gregory Cannata (GC 1835)
**Cannata, Hendele & Cannata, LLP**
Attorney for Creditor Samir Mrkulic
60 East 42nd Street, Suite 932
New York, New York 10165
212-553-9205