# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
Account Number:    **000000667029030**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00016508 DRE 802 142 30624 NNNNNNNNNNN T 1 000000000 66 0000
LAW OFFICE OF GEORGE T. PETERS, PLLC
DEBTOR IN POSSESSION 24-11373
20 E 125TH ST
NEW YORK NY 10035-1817

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$23,442.14** |
| Checks Paid | 1 | -115.38 |
| Electronic Withdrawals | 12 | -10,031.53 |
| **Ending Balance** | **13** | **$13,295.23** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $13,997.23.
- $2,000 Chase Payment Solutions$^{SM}$Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink$^{®}$ Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1  ^ | | 10/21 | $115.38 |
| **Total Checks Paid** | | | **$115.38** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

# CHASE ⬡

October 01, 2024 through October 31, 2024

Account Number:    **000000667029030**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/03 | 10/03 Online Payment 22259550398 To US Small Business Administration | $702.00 |
| 10/03 | 10/03 Online Payment 22259599713 To Costco Anywhere Card US | 41.00 |
| 10/04 | Orig CO Name:Applecard Gsbank    Orig ID:9999999999 Desc Date:100224 CO Entry Descr:Payment  Sec:Web   Trace#:124085087869686 Eed:241004  Ind ID:59512996 Ind Name:George Peters Trn: 2787869686Tc | 263.18 |
| 10/07 | 10/06 Online Payment 22295104373 To Costco Anywhere Card US | 13.20 |
| 10/09 | 10/08 Online Payment 22321200675 To Lexisnexis Risk Solutions | 100.00 |
| 10/11 | 10/11 Online Payment 22352563452 To US Small Business Administration | 702.00 |
| 10/24 | Orig CO Name:Allstate Ins CO    Orig ID:1360719665 Desc Date:Oct022 CO Entry Descr:Premium  Sec:Web   Trace#:021000024202298 Eed:241024  Ind ID:939334312 Ind Name:George Peters Mblindpay1010 Q010 Trn: 2984202298Tc | 2,772.20 |
| 10/24 | Orig CO Name:Officesense.Com    Orig ID:5330903620 Desc Date:241023 CO Entry Descr:Invoice 95Sec:Web   Trace#:091000018846098 Eed:241024  Ind ID:888-389-1005 Ind Name:Law Office of George Trn: 2988846098Tc | 82.40 |
| 10/28 | 10/27 Online Payment 22519723798 To Optimum | 1,000.00 |
| 10/28 | 10/27 Online Payment 22519763755 To New Jersey Natural Gas CO | 1,000.00 |
| 10/29 | 10/29 Online Payment 22530120882 To Ipfs of New York LLC | 2,653.55 |
| 10/31 | 10/31 Online Payment 22259543287 To US Small Business Administration | 702.00 |
| **Total Electronic Withdrawals** | | **$10,031.53** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/03 | $22,699.14 |
| 10/04 | 22,435.96 |
| 10/07 | 22,422.76 |
| 10/09 | 22,322.76 |
| 10/11 | 21,620.76 |
| 10/21 | 21,505.38 |
| 10/24 | 18,650.78 |
| 10/28 | 16,650.78 |
| 10/29 | 13,997.23 |
| 10/31 | 13,295.23 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**