**CHASE**◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024
Account Number: 000000667029030

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00020517 DRE 802 142 00125 NNNNNNNNNNN T 1 000000000 66 0000
LAW OFFICE OF GEORGE T. PETERS, PLLC
DEBTOR IN POSSESSION 24-11373
20 E 125TH ST
NEW YORK NY 10035-1817



## A reminder about incoming wire transfer fees

Due to a systems issue, we may not have charged you for all incoming wires in the past. On or after March 23, 2025, wire transfer fees will be charged for incoming wires in accordance with your Chase Deposit Account Agreement.

Please visit **chase.com/business/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Performance Business Checking®, Chase Performance Business Checking with Interest®, Chase Platinum Business Checking℠, Chase Business Complete Checking℠ accounts when transfer is originally sent with the help of a Chase banker or using chase.com or Chase Mobile, Chase Business Complete Checking℠ accounts with Military Banking Benefits, IOLTA, IOTA, IOLA, IBRETA, IOREBTA, IRETA, COLTAF, CARHOF, UARHOF℠, Client Funds Checking℠ and Client Funds Savings℠ accounts.

If you have any questions, call the number on this statement.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $11,758.80 |
| Electronic Withdrawals | 7 | -2,206.11 |
| **Ending Balance** | 7 | $9,552.69 |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- **$2,000 Minimum Daily Ending Balance**: Your lowest daily ending balance was $9,667.69.
- **$2,000 Chase Payment Solutions℠ Activity**: $0.00 was deposited into this account.
- **$2,000 Chase Ink® Business Card Activity**: $1,074.35 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.



November 30, 2024 through December 31, 2024
Account Number: **000000667029030**

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Orig CO Name:Sba Eidl Loan    Orig ID:7300000118 Desc Date:241129 CO Entry Descr:Payment  Sec:CCD  Trace#:041036045748319 Eed:241202  Ind ID:0000  Ind Name:George Peters        8633887802  ACH Transaction Trn: 3375748319Tc | $702.00 |
| 12/02 | 12/02 Online Payment 22908008298 To Office of The US Trustee | 250.00 |
| 12/03 | Orig CO Name:Quarterly Fee    Orig ID:1501000502 Desc Date:241202 CO Entry Descr:Payment  Sec:CCD  Trace#:041036042592015 Eed:241203  Ind ID:0000  Ind Name:Law Office of George T                    ACH Transaction Trn: 3382592015Tc | 250.00 |
| 12/16 | 12/15 Payment To Chase Card Ending IN 0296 | 105.00 |
| 12/23 | Orig CO Name:Answer Hero, LLC    Orig ID:9215986202 Desc Date:241222 CO Entry Descr:Sale    Sec:Web   Trace#:021000028715490 Eed:241223  Ind ID:  Ind Name:George Peters Trn: 3588715490Tc | 82.11 |
| 12/30 | 12/30 Online Payment 22850139026 To US Small Business Administration | 702.00 |
| 12/31 | 12/31 Online Payment 22870768784 To Chase Line of Credit | 115.00 |
| **Total Electronic Withdrawals** | | **$2,206.11** |

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/02 | $10,806.80 |
| 12/03 | 10,556.80 |
| 12/16 | 10,451.80 |
| 12/23 | 10,369.69 |
| 12/30 | 9,667.69 |
| 12/31 | 9,552.69 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC