**Fill in this information to identify the case:**

Debtor name _Law Office of George T. Peters PLLC_

United States Bankruptcy Court for the: _Southern_ District of _NY_ (State)

Case number (If known): _24-11373_  Chapter _11_

☑ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Retainer, Legal 1/3 of recovery | confidential |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Legal Retainer 1/3 of recovery | confidential |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Legal Retainer 1/3 of recovery | confidential |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Legal Retainer 1/3 of recovery | confidential |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Legal Retainer 1/3 of recovery | confidential |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of _3_

Debtor: Law Office of George T. Peters PLLC

Case number (if known): 24-11373

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2._ State what the contract or lease is for and the nature of the debtor's interest: Legal retainer 1/3 of recovery <br> State the term remaining: <br> List the contract number of any government contract: | confidential |
| 2._ State what the contract or lease is for and the nature of the debtor's interest: Legal retainer 1/3 of recovery <br> State the term remaining: <br> List the contract number of any government contract: | confidential |
| 2._ State what the contract or lease is for and the nature of the debtor's interest: executory contract American Express <br> State the term remaining: N/A <br> List the contract number of any government contract: | American Express<br>PO Box 96001<br>Los Angeles, CA 90096 |
| 2._ State what the contract or lease is for and the nature of the debtor's interest: Executory contract <br> State the term remaining: 350 months <br> List the contract number of any government contract: | US SBA<br>PO Box 3918<br>Portland, OR 97208 |
| 2._ State what the contract or lease is for and the nature of the debtor's interest: Executory contract cell phone <br> State the term remaining: N/A <br> List the contract number of any government contract: | T-Mobile<br>PO Box 37380<br>Albuquerque, NM 87176 |
| 2._ State what the contract or lease is for and the nature of the debtor's interest: Executory contract Internet <br> State the term remaining: <br> List the contract number of any government contract: | Optimum<br>PO Box 4019<br>Carol Stream FL 60197 |
| 2._ State what the contract or lease is for and the nature of the debtor's interest: Executory contract legal research <br> State the term remaining: N/A <br> List the contract number of any government contract: | Lexis Nexis<br>PO Box 105108<br>Atlanta GA 30348 |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            page 2 of 3

Debtor: Law Office of Gregory T. Peters PLLC

Case number (if known): 24-11373

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| # | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Executory contract electricity<br>State the term remaining: N/A<br>List the contract number of any government contract: | First Energy<br>300 Madison Avenue<br>PO Box 1911<br>Morristown NJ 07967 |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Executory contract Gas<br>State the term remaining: N/A | NJNG<br>201 Round Hill Dr<br>Rockaway NJ 07866 |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Executory contract answering service<br>State the term remaining: N/A | AnswerHero<br>12940 SW 128th St #102<br>Miami FL 33186 |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Executory contract electric | Tesla<br>1 Tesla Road<br>Austin TX 78725 |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Executory contract Debt | Chase<br>LA4-6475, 700 Kansas Lane<br>Monroe, LA 71203 |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Executory contract Debt | Citibank<br>PO Box 9001037<br>Louisville, KY 40290 |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Executory contract Debt | Apple<br>PO Box 7247<br>Philadelphia PA 19170 |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 3 of 3