# Exhibit 1



# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Law Office of George T. Peters, PLLC | CASE NO.: 24–11373–pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 46–0622287 | CHAPTER: 11 |

---

## NOTICE OF HEARING

Please take notice that a status conference has been scheduled for February 18, 2025 at 2:00 p.m.

This hearing will be conducted using Zoom for Government. Parties that wish to appear at a zoom hearing, whether making a live or listen only appearance before the Court, need to make an eCourtAppearance through the Courts website, http://www.nysb.uscourts.gov/ecourt–appearances. The deadline to sign up for each hearing before Judge Bentley is 4:00 PM the business day before a hearing is scheduled. After the deadline passes, chambers will use the emails provided through eCourtAppearances to send invitations for each zoom hearing.

Thank you

Dated: January 21, 2025               Vito Genna
                                     Clerk of the Court

