

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025
Account Number: **000000667029030**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00016754 DRE 802 142 03225 NNNNNNNNNNN T 1 000000000 66 0000
LAW OFFICE OF GEORGE T. PETERS, PLLC
DEBTOR IN POSSESSION 24-11373
20 E 125TH ST
NEW YORK NY 10035-1817



**To help protect you from fraud and scams, you'll no longer be able to send Zelle® payments to recipients originating from social media – such as social media marketplaces or messaging apps.**

Due to the significant rise in social media scams and to help protect your account, we'll be updating our policies on March 23, 2025, limiting your ability to send Zelle® payments identified as originating from contact through social media. As a result, we may:

- Request details about your payment's purpose and how you made contact with the recipient.
- Block or decline payments identified as originating from contact through social media.
- Decline payments, restrict your use of Zelle® through Chase or take other actions as described in your account agreement.

The updates to the policy become effective March 23, 2025, and will be outlined in Section 2 of the Zelle® Service Agreement, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement. You can review the new agreements beginning January 23, 2025. Here's how to access them:

- On **chase.com/business**, log in to your account, click the Main Menu, then select "Agreements & disclosures."
- On the Chase Mobile® app, go to "Legal information" in Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

If you have questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $9,552.69 |
| Electronic Withdrawals | 11 | -4,277.04 |
| **Ending Balance** | 11 | $5,275.65 |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.



January 01, 2025 through January 31, 2025
Account Number:   000000667029030

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $5,559.46.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $582.10 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Orig CO Name:Sba Eidl Loan    Orig ID:7300000118 Desc Date:241231 CO Entry Descr:Payment  Sec:CCD   Trace#:041036046273488 Eed:250102  Ind ID:0000 Ind Name:George Peters      8633887802 ACH Transaction Trn: 0026273488Tc | $702.00 |
| 01/02 | Orig CO Name:Applecard Gsbank    Orig ID:9999999999 Desc Date:123124 CO Entry Descr:Payment  Sec:Web   Trace#:124085086605248 Eed:250102  Ind ID:59512996 Ind Name:George Peters Trn: 0026605248Tc | 98.61 |
| 01/02 | 01/01 Payment To Chase Card Ending IN 2932 | 1,000.00 |
| 01/06 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:250106 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000020608232 Eed:250106  Ind ID:M1442 Ind Name:George Peters                                              Er Am Trn: 0060608232Tc | 1,000.00 |
| 01/10 | 01/10 Payment To Chase Card Ending IN 0296 | 335.00 |
| 01/17 | 01/17 Online Payment 23417044807 To Lexisnexis Risk Solutions | 75.00 |
| 01/22 | Orig CO Name:Answer Hero, LLC    Orig ID:9215986202 Desc Date:250122 CO Entry Descr:Sale   Sec:Web   Trace#:021000027046874 Eed:250122  Ind ID: Ind Name:George Peters Trn: 0227046874Tc | 80.62 |
| 01/30 | 01/30 Online Payment 23214471354 To US Small Business Administration | 702.00 |
| 01/31 | Orig CO Name:Applecard Gsbank    Orig ID:9999999999 Desc Date:013025 CO Entry Descr:Payment  Sec:Web   Trace#:124085089293248 Eed:250131  Ind ID:59512996 Ind Name:George Peters Trn: 0319293248Tc | 98.61 |
| 01/31 | Orig CO Name:Sba Eidl Loan    Orig ID:7300000118 Desc Date:250130 CO Entry Descr:Payment  Sec:CCD   Trace#:041036049280574 Eed:250131  Ind ID:0000 Ind Name:George Peters      8633887802 ACH Transaction Trn: 0319280574Tc | 70.20 |
| 01/31 | 01/31 Online Payment 23225593705 To Chase Line of Credit | 115.00 |
| **Total Electronic Withdrawals** | | **$4,277.04** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/02 | $7,752.08 |
| 01/06 | 6,752.08 |
| 01/10 | 6,417.08 |
| 01/17 | 6,342.08 |
| 01/22 | 6,261.46 |
| 01/30 | 5,559.46 |
| 01/31 | 5,275.65 |

24-11373-pb    Doc 68-1    Filed 02/28/25    Entered 02/28/25 22:04:18    STMT    Pg 3 of 4



January 01, 2025 through January 31, 2025
Account Number: 000000667029030

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**





January 01, 2025 through January 31, 2025
Account Number:    000000667029030

This Page Intentionally Left Blank