CHASE ◊

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025
Account Number: 000000667029030

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00016776 DRE 802 142 06025 NNNNNNNNNNN T 1 000000000 66 0000
LAW OFFICE OF GEORGE T. PETERS, PLLC
DEBTOR IN POSSESSION 24-11373
20 E 125TH ST
NEW YORK NY 10035-1817

## CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $5,275.65 |
| Electronic Withdrawals | 11 | -3,422.89 |
| **Ending Balance** | 11 | **$1,852.76** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $2,066.37.
- $2,000 Chase Payment Solutions$^{SM}$ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $360.05 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Orig CO Name:Sba Eidl Loan     Orig ID:7300000118 Desc Date:250131 CO Entry Descr:Payment  Sec:CCD   Trace#:041036048716308 Eed:250203  Ind ID:0000 Ind Name:George Peters         8633887802 ACH Transaction Tm: 0348716308Tc | $702.00 |
| 02/10 | 02/09 Online Payment 23677290403 To Costco Anywhere Card US | 377.71 |
| 02/11 | 02/10 Online Payment 23687000910 To Lexisnexis Risk Solutions | 150.00 |
| 02/13 | Orig CO Name:Optimum 7876     Orig ID:9078760001 Desc Date:021325 CO Entry Descr:Cable Pmntsec:PPD   Trace#:021000024220327 Eed:250213  Ind ID: Ind Name:G  Peters Tm: 0444220327Tc | 455.03 |
| 02/14 | Orig CO Name:Optimum 7876     Orig ID:9078760001 Desc Date:021425 CO Entry Descr:Cable Pmntsec:PPD   Trace#:021000025417817 Eed:250214  Ind ID: Ind Name:G  Peters Tm: 0455417817Tc | 10.00 |
| 02/19 | 02/19 Online Payment 23780774268 To Lexis Nexis | 15.00 |

Page 1 of 2

# CHASE 🟠

February 01, 2025 through February 28, 2025

Account Number: 000000667029030

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | Orig CO Name:Answer Hero, LLC     Orig ID:9215986202 Desc Date:250222 CO Entry Descr:Sale   Sec:Web   Trace#:021000021591717 Eed:250224  Ind ID: Ind Name:George Peters Trn: 0551591717Tc | 79.54 |
| 02/26 | 02/26 Payment To Chase Card Ending IN 0296 | 718.00 |
| 02/27 | 02/27 Online Payment 23545040615 To US Small Business Administration | 702.00 |
| 02/28 | Orig CO Name:Applecard Gsbank     Orig ID:9999999999 Desc Date:022725 CO Entry Descr:Payment   Sec:Web   Trace#:124085087349907 Eed:250228  Ind ID:59512996 Ind Name:George Peters Trn: 0597349907Tc | 98.61 |
| 02/28 | 02/28 Online Payment 23556233215 To Chase Line of Credit | 115.00 |
| **Total Electronic Withdrawals** | | **$3,422.89** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/03 | $4,573.65 |
| 02/10 | 4,195.94 |
| 02/11 | 4,045.94 |
| 02/13 | 3,590.91 |
| 02/14 | 3,580.91 |
| 02/19 | 3,565.91 |
| 02/24 | 3,486.37 |
| 02/26 | 2,768.37 |
| 02/27 | 2,066.37 |
| 02/28 | 1,852.76 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC