# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024
Account Number:   000000667029030

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00016667 DRE 802 142 33524 NNNNNNNNNNN T 1 000000000 66 0000
LAW OFFICE OF GEORGE T. PETERS, PLLC
DEBTOR IN POSSESSION 24-11373
20 E 125TH ST
NEW YORK NY 10035-1817



## CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $13,295.23 |
| Electronic Withdrawals | 5 | -1,506.43 |
| Fees | 1 | -30.00 |
| **Ending Balance** | **6** | **$11,758.80** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $11,873.80.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $10,558.12 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/19 | 11/19 Online Payment 22765634001 To Vector Security | $400.00 |
| 11/19 | 11/19 Online Payment 22765660011 To Chase Line of Credit | 115.00 |
| 11/22 | Orig CO Name:Officesense.Com   Orig ID:5330903620 Desc Date:241121 CO Entry Descr:Invoice 96Sec:Web   Trace#:091000018985823 Eed:241122   Ind ID:888-389-1005   Ind Name:Law Office of George Trn: 3278985823Tc | 174.43 |
| 11/27 | 11/27 Online Payment 22550068919 To US Small Business Administration | 702.00 |
| 11/29 | 11/29 Online Payment 22765659848 To Chase Line of Credit | 115.00 |
| **Total Electronic Withdrawals** | | **$1,506.43** |



November 01, 2024 through November 29, 2024
Account Number: 000000667029030

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | Orig CO Name:Check OR Supply    Orig ID:1410216800 Desc Date:241122 CO Entry Descr:Order    Sec:PPD    Trace#:042000011849524 Eed:241126   Ind ID: Ind Name:Law Office of George T Trn: 3311849524Tc | $30.00 |
| **Total Fees** | | **$30.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/19 | $12,780.23 |
| 11/22 | 12,605.80 |
| 11/26 | 12,575.80 |
| 11/27 | 11,873.80 |
| 11/29 | 11,758.80 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**